UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U.S. Commodity Futures Trading Commission,

         Plaintiff,

vs.

Jeffrey Slemmer, Slemmer Enterprises LLC,
Christian Dorrian, Dorrian Enterprises, LLC,
Adam Roth, and Roth Investment Group LLC.

         Defendants

Civil Action No. 9:16-cv-80867

_____

**DEFENDANTS JEFFREY SLEMMER, SLEMMER ENTERPRISES LLC, CHRISTIAN DORRIAN, DORRIAN ENTERPRISES, LLC, ADAM ROTH, AND ROTH INVESTMENT GROUP LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants Jeffrey Slemmer, Slemmer Enterprises LLC, Christian Dorrian, Dorrian Enterprises, LLC, Adam Roth, and Roth Investment Group LLC (collectively referred to as "Defendants") by and through their counsel, Bressler, Amery & Ross, P.C., by way of Answer to Plaintiff U.S. Commodity Futures Trading Commission's ("Plaintiff" or "CFTC") Complaint state as follows:

## AS TO NATURE OF THE ACTION

1.      Defendants deny the allegations contained in Paragraph 1 of the Complaint.

2.      Defendants deny the allegations contained in Paragraph 2 of the Complaint.

3.      Defendants deny the allegations contained in Paragraph 3 of the Complaint.

4.      Defendants deny the allegations contained in Paragraph 4 of the Complaint.

5.      Defendants deny the allegations contained in Paragraph 5 of the Complaint.

6.      Defendants deny the allegations contained in Paragraph 6 of the Complaint.

7.      Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8.     Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9.     Defendants deny the allegations contained in Paragraph 9 of the Complaint.

## AS TO JURISDICTION AND VENUE

10-13. Defendants state that Paragraphs 10-13 of the Complaint contain legal conclusions to which no response is required.  If a response is required, answering the allegations set forth in Paragraphs 10-13 of the Complaint, Defendants deny the allegations as stated in Paragraphs 10-13.

## AS TO THE PARTIES

14.     Defendants admit the allegations in Paragraph 14.

15.     Defendants deny the allegations contained in Paragraph 15 of the Complaint, except admit that Defendant Jeffrey Slemmer currently resides in Acton, Massachusetts, resided in Palm Beach, Florida prior to the fall of 2015 and owned and managed Slemmer Enterprises LLC.

16.     Defendants deny the allegations contained in Paragraph 16 of the Complaint, except admit that Defendant Slemmer Enterprises LLC was a Florida limited liability company with its principal place of business in Boca Raton, Florida.

17.     Defendants deny the allegations contained in Paragraph 17 of the Complaint, except admit that Defendant Christian Dorrian resides in Boynton Beach, Florida and owned and managed Dorrian Enterprises, LLC.

18.     Defendants deny the allegations contained in Paragraph 18 of the Complaint, except admit that Defendant Dorrian Enterprises, LLC was a Florida limited liability company with its principal place of business in Boca Raton, Florida.

19.     Defendants deny the allegations contained in Paragraph 19 of the Complaint, except admit that Defendant Adam Roth resides in Boca Raton, Florida and owned and managed Roth Investment Group LLC.

20.     Defendants deny the allegations contained in Paragraph 20 of the Complaint, except admit that Defendant Roth Investment Group LLC was a Florida limited liability company with its principal place of business in Delray Beach, Florida.

21.     Defendants deny the allegations contained in Paragraph 21 of the Complaint.

## AS TO STATUTORY BACKGROUND

22-28. Defendants state that Paragraphs 22-28 of the Complaint contain legal conclusions to which no response is required.  If a response is required, answering the allegations set forth in Paragraphs 22-28 of the Complaint, Defendants deny the allegations as stated in Paragraphs 22-28.

## AS TO FACTS

## AS TO "DEFENDANTS' SCHEME TO DEFRAUD"

29.     Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30.     Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31.     Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32.     Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33.     Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34.     Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35.     Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36.     Defendants deny the allegations contained in Paragraph 36 of the Complaint.

## AS TO "PRECIOUS METALS SOLICITATIONS"

37.     Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38.     Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39.     Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40.     Defendants deny the allegations contained in Paragraph 40 of the Complaint.

## AS TO "ACCOUNT AGREEMENTS"

41.     Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42.     Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43.     Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44.     Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45.     Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46.     Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47.     Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48.     Defendants deny the allegations contained in Paragraph 48 of the Complaint.

## AS TO "FAILURE TO PURCHASE AND DELIVER PRECIOUS METALS"

49.     Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50.     Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51.     Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52.     Defendants deny the allegations contained in Paragraph 52 of the Complaint.

## AS TO "DEFENDANTS ENGAGE IN A BAIT-AND-SWITCH, TRANSFERRING CUSTOMERS FROM PRECIOUS METALS TO DIAMONDS"

53.     Defendants deny the allegations contained in Paragraph 53 of the Complaint.

54.     Defendants deny the allegations contained in Paragraph 54 of the Complaint.

55.     Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56.     Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57.     Defendants deny the allegations contained in Paragraph 57 of the Complaint.

58.     Defendants deny the allegations contained in Paragraph 58 of the Complaint.

## AS TO "VIOLATIONS OF THE COMMODITY EXCHANGE ACT"

### COUNT ONE

**Violations of Section 6(c)(1) of the Act and Regulation 180.1(a):
Deceptive Devices or Contrivances**

59.     Defendants repeat and reallege their answers to the allegations contained in Paragraphs 1-58 of the Complaint as if fully set forth at length herein.

60.     Defendants deny the allegations contained in Paragraph 60 of the Complaint.

61.     Defendants deny the allegations contained in Paragraph 61 of the Complaint.

62.     Defendants deny the allegations contained in Paragraph 62 of the Complaint.

63.     Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64.     Defendants deny the allegations contained in Paragraph 64 of the Complaint.

65.     Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66.     Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67.     Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68.     Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69.     Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70.     Defendants deny the allegations contained in Paragraph 70 of the Complaint.

## COUNT TWO

**Violations of Sections 4b(a)(2)(A) and (C) of the Act:**
**Fraud by Material Misrepresentations and Omissions and Misappropriation in**
**Connection with Financed Transactions**

71.     Defendants repeat and reallege their answers to the allegations contained in

Paragraphs 1-70 of the Complaint as if fully set forth at length herein.

72.     Defendants deny the allegations contained in Paragraph 72 of the Complaint.

73.     Defendants deny the allegations contained in Paragraph 73 of the Complaint.

74.     Defendants deny the allegations contained in Paragraph 74 of the Complaint.

75.     Defendants deny the allegations contained in Paragraph 75 of the Complaint.

76.     Defendants deny the allegations contained in Paragraph 76 of the Complaint.

77.     Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78.     Defendants deny the allegations contained in Paragraph 78 of the Complaint.

79.     Defendants deny the allegations contained in Paragraph 79 of the Complaint.

80.     Defendants deny the allegations contained in Paragraph 80 of the Complaint.

81.     Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82.     Defendants deny the allegations contained in Paragraph 82 of the Complaint.

## COUNT THREE

**Violations of Sections 4b(a)(2)(B) of the Act:**
**Fraud by False Statements**
**In Connection with Financed Transactions**

83.     Defendants repeat and reallege their answers to the allegations contained in

Paragraphs 1-82 of the Complaint as if fully set forth at length herein.

84.     Defendants deny the allegations contained in Paragraph 84 of the Complaint.

85.     Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86.     Defendants deny the allegations contained in Paragraph 86 of the Complaint.

87.     Defendants deny the allegations contained in Paragraph 87 of the Complaint.

88.     Defendants deny the allegations contained in Paragraph 88 of the Complaint.

89.     Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90.     Defendants deny the allegations contained in Paragraph 90 of the Complaint.

91.     Defendants deny the allegations contained in Paragraph 91 of the Complaint.

92.     Defendants deny the allegations contained in Paragraph 92 of the Complaint.

93.     Defendants deny the allegations contained in Paragraph 93 of the Complaint.

94.     Defendants deny the allegations contained in Paragraph 94 of the Complaint.

## COUNT FOUR

### Violations of Section 4(a) of the Act:
### Illegal Off-Exchange Financed Transactions

95.     Defendants repeat and reallege their answers to the allegations contained in

Paragraphs 1-94  of the Complaint as if fully set forth at length herein.

96.     Defendants deny the allegations contained in Paragraph 96 of the Complaint.

97.     Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98.     Defendants deny the allegations contained in Paragraph 98 of the Complaint.

99.     Defendants deny the allegations contained in Paragraph 99 of the Complaint.

100.    Defendants deny the allegations contained in Paragraph 100 of the Complaint.

101.    Defendants deny the allegations contained in Paragraph 101 of the Complaint.

102.    Defendants deny the allegations contained in Paragraph 102 of the Complaint.

103.    Defendants deny the allegations contained in Paragraph 103 of the Complaint.

104.    Defendants deny the allegations contained in Paragraph 104 of the Complaint.

105.    Defendants deny the allegations contained in Paragraph 105 of the Complaint.

106.     Defendants deny the allegations contained in Paragraph 106 of the Complaint.

107.     Defendants deny the allegations contained in Paragraph 107 of the Complaint.

## COUNT FIVE

**Violations of Section 4d(a) of the Act:**
**Failure to Register as FCM**

108.     Defendants repeat and reallege their answers to the allegations contained in Paragraphs 1-107 of the Complaint as if fully set forth at length herein.

109.     Defendants deny the allegations contained in Paragraph 109 of the Complaint.

110.     Defendants deny the allegations contained in Paragraph 110 of the Complaint.

111.     Defendants deny the allegations contained in Paragraph 111 of the Complaint.

112.     Defendants deny the allegations contained in Paragraph 112 of the Complaint.

113.     Defendants deny the allegations contained in Paragraph 113 of the Complaint.

114.     Defendants deny the allegations contained in Paragraph 114 of the Complaint.

115.     Defendants deny the allegations contained in Paragraph 115 of the Complaint.

116.     Defendants deny the allegations contained in Paragraph 116 of the Complaint.

117.     Defendants deny the allegations contained in Paragraph 117 of the Complaint.

118.     Defendants deny the allegations contained in Paragraph 118 of the Complaint.

**WHEREFORE**, Defendants Jeffrey Slemmer, Slemmer Enterprises LLC, Christian Dorrian, Dorrian Enterprises, LLC, Adam Roth, and Roth Investment Group LLC demand judgment: (i) dismissing the Complaint with prejudice; (ii) awarding Defendants their costs and expenses of suit, including reasonable attorney's fees; and (iii) for such other and further relief as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative and other defenses to liability, reserve the right to assert additional defenses, and state:

### First Affirmative Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiff's claims are barred, in whole or part, by the doctrines of waiver, equitable estoppel, and unclean hands.

### Third Affirmative Defense

Plaintiff has no standing to assert the causes of action, on the basis that such claims are derivative or otherwise.

### Fourth Affirmative Defense

Defendants' conduct was consistent with all applicable laws.

### Fifth Affirmative Defense

Defendants acted in good faith and without malice or reckless indifference.

### Sixth Affirmative Defense

The damages alleged were the result of unforeseeable intervening or superseding acts of others independent of Defendants, which bars the causes of action.

### Seventh Affirmative Defense

The Complaint is barred by the Statute of Limitations.

### Eighth Affirmative Defense

The Complaint fails to state a claim upon which punitive damages and/or attorney fees may be awarded.

## Ninth Affirmative Defense

Defendants reserve the right to supplement or add additional affirmative defenses, should said defenses be warranted based upon discovery, up to and including the time of trial.

**WHEREFORE**, Defendants Jeffrey Slemmer, Slemmer Enterprises LLC, Christian Dorrian, Dorrian Enterprises, LLC, Adam Roth, and Roth Investment Group LLC demand judgment: (i) dismissing the Complaint with prejudice; (ii) awarding Defendants their costs and expenses of suit, including reasonable attorney's fees; and (iii) for such other and further relief as the Court deems just and proper.

Dated: Fort Lauderdale, Florida
        August 15, 2016

By: /s/ Coren Stern
      Coren H. Stern, FBN: 644218
      Bressler, Amery & Ross, P.C.
      *Counsel for Defendants*
      200 East Las Olas Boulevard, Suite 1500
      Ft. Lauderdale, Florida 33301
      Tel: 954-499-7979
      Fax: 954-499-7969
      Email: cstern@bressler.com

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer to Complaint was served via transmission of Notice of Electronic Filing generated by CM/ECF this 15th day of August, 2016 on counsel of record as listed.

Daniel R. Burstein (dburstein@cftc.gov)

Elizabeth Pendleton (ependleton@cftc.gov)

David Terrell (dterrell@cftc.gov)

Scott Williamson (swilliamson@cftc.gov)

Rosemary Hollinger (rhollinger@cftc.gov)

By: /s/ Coren Stern
    Coren H. Stern