UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80867-CIV-DIMITROULEAS

U. S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

vs.

JEFFREY SLEMMER, SLEMMER
ENTERPRISES LLC d/b/a BERKLEY
HARD ASSET GROUP and BERKLEY
HARD ASSETS, CHRISTIAN DORRIAN,
DORRIAN ENTERPRISES, LLC d/b/a
BERKLEY RARE DIAMONDS, ADAM
ROTH, and ROTH INVESTMENT
GROUP LLC d/b/a BERKLEY HARD
ASSET GROUP,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Joint Motion to Stay [DE 28] (the "Motion"), filed herein on May 1, 2017 by Plaintiff U.S. Commodity Futures Trading Commission (the "Commission") and Defendants Jeffrey Slemmer, Slemmer Enterprises LLC d/b/a Berkley Hard Asset Group, Christian Dorrian, Dorrian Enterprises, LLC d/b/a Berkley Rare Diamonds, Adam Roth, and Roth Investment Group LLC d/b/a Berkley Hard Asset Group ("Defendants") (collectively the "Parties").

The Parties request that this Court vacate the June 7, 2017 deadline to complete all discovery, July 7, 2017 deadline to file substantive pretrial motions, September 15, 2017 deadline to file pretrial stipulations and motions in limine, and the October 2, 2017 trial date; and stay all proceedings in this case until at least August 15, 2017 in order to provide time for the

1

parties to finalize an agreement in principle that resolves all claims asserted in the Commission's Complaint for Injunctive and Other Equitable Relief [DE 1]. The Parties explain that they have reached an agreement in principle but require additional time to prepare and finalize a (Proposed) Consent Order of Permanent Injunction and seek approval from the Commission. The Parties further explain that if the Division and Defendants are unable to reach a final settlement, the Parties will promptly inform the Court and request an immediate status hearing to reset the trial, pretrial submission, and discovery deadlines.

The Court construes this Motion as a Notice of Settlement. The Court has carefully considered the Motion [DE 28] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 28] is **GRANTED IN PART**. On or before **August 15, 2017**, the parties shall either: (1) file the appropriate dismissal documents, or (2) file a Joint Motion to Amend the Trial Set Order including proposed amended deadlines for the case to proceed.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

---

[1] The Court declines to schedule a status conference at this juncture. If the case does not settle, and the parties require a status conference, they may file a Motion for Status Conference at that time.