# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| U. S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY SLEMMER, SLEMMER ENTERPRISES LLC d/b/a BERKLEY HARD ASSET GROUP and BERKLEY HARD ASSETS, CHRISTIAN DORRIAN, DORRIAN ENTERPRISES, LLC d/b/a BERKLEY RARE DIAMONDS, ADAM ROTH, and ROTH INVESTMENT GROUP LLC d/b/a BERKLEY HARD ASSET GROUP,<br><br>Defendants. | Case No: 9:16-cv-80867-WPD |

## JOINT MOTION TO ENTER
## (PROPOSED) CONSENT ORDER OF PERMANENT INJUNCTION

Plaintiff U.S. Commodity Futures Trading Commission (the "Commission") and Defendants Jeffrey Slemmer, Slemmer Enterprises LLC d/b/a Berkley Hard Asset Group, Christian Dorrian, Dorrian Enterprises, LLC d/b/a Berkley Rare Diamonds, Adam Roth and Roth Investment Group LLC d/b/a Berkley Hard Asset Group ("Defendants") (collectively the "Parties") jointly move this Court to enter the (Proposed) Consent Order of Permanent Injunction and Other Equitable Relief Against Defendants ("Proposed Consent Order") that resolves all claims alleged in the Complaint and finalizes settlement in this matter.  In support of this request, the Parties state as follows:

1. On May 1, 2017, the Parties notified the Court that the Commission, through its Division of Enforcement, and Defendants had reached an agreement in principal to resolve all

claims against Defendants without a trial on the merits or any further judicial proceeding, and requested that the Court stay all proceedings in order to provide the Parties with additional time to prepare and finalize the settlement, prepare the Proposed Consent Order, and receive authorization to enter into the from the Commission, with whom final settlement authority resides. (ECF No. 28).

2. Subsequently, on May 1, 2017, this Court entered an order instructing the Parties to file the appropriate settlement documents (or, if settlement was not finalized, a Joint Motion to Amend Trial Order) on or before August 15, 2017. (ECF No. 29).

3. The Parties have now finalized settlement and executed the Proposed Consent Order. Accordingly, the Parties respectively request that the Proposed Consent Order be entered by this Court, as only at that time will settlement be finalized.

4. A copy of the Proposed Consent Order accompanies this Joint Motion.

WHEREFORE, the Parties respectfully request that this Court enter the Proposed Consent Order that resolves all claims alleged in the Complaint.

Dated: August 15, 2017

Respectfully submitted,

| /s/ Daniel R. Burstein | /s/ Coren Harris Stern |
|---|---|
| Daniel R. Burstein (A5502201)<br>Elizabeth N. Pendleton (A550193)<br>U.S. Commodity Futures Trading Commission<br>Division of Enforcement<br>525 W. Monroe Street, Suite 1100<br>Chicago, IL 60661<br>*dburstein@cftc.gov*<br>*ependleton@cftc.gov*<br>(312) 596-0697 (Burstein)<br>(312) 596-0629 (Pendleton)<br><br>***Counsel for Plaintiff U.S. Commodity Futures Trading Commission*** | Coren Harris Stern<br>Bressler Amery & Ross<br>200 East Las Olas Boulevard<br>Suite 1500<br>Fort Lauderdale, FL 33301<br>*cstern@bressler.com*<br>(954) 499-7979<br><br>***Counsel for Defendants Jeffrey Slemmer, Slemmer Enterprises LLC d/b/a Berkley Hard Asset Group, Christian Dorrian, Dorrian Enterprises, LLC d/b/a Berkley Rare Diamonds, Adam Roth and Roth Investment Group LLC d/b/a Berkley Hard Asset Group*** |